# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:12-00172 |
| | ) | Judge Trauger |
| DONALD RAY WEAVER | ) | |
| | ) | |

## O R D E R

The sentencing in this case was scheduled for August 8, 2013. Upon agreement of the parties, given that legislation is pending in Congress which may benefit the defendant in his sentencing, it is hereby **ORDERED** that the sentencing is **CONTINUED**, and a status conference will be held on Thursday, October 3, 2013, at 11:00 a.m.

The court did rule today that the defendant's objections to the predicate offenses that support his classification as an Armed Career Criminal are **OVERRULED**, and he will be sentenced as an Armed Career Criminal.

It is so **ORDERED**.

ENTER this 8th day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge