UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

> **Motion GRANTED. Hearing reset for 5/22/14 at 2:00 p.m.**
> *[signature]*

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 3:12-00172 |
| | ) | JUDGE TRAUGER |
| DONALD RAY WEAVER | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

COMES now the defendant, Donald Ray Weaver, through counsel, and respectfully requests that the Court continue the sentencing hearing in this matter currently scheduled for April 21, 2014, at 2:00 p.m. Counsel advises that there have been no further developments regarding pending legislation. Additionally, counsel will be out of the district on military duty and will not return until April 29, 2014. Counsel was unaware of the pending scheduling conflict at the time this matter was set for sentencing.

Assistant U.S. Attorney Phil Wehby has been contacted and has expressed no opposition to a continuance of the matter for the reasons stated. However, Mr. Wehby would ask that the matter be rescheduled for mid-May because of his trial schedule.

Respectfully submitted,

   s/ *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Donald Ray Weaver