UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

Motion GRANTED.
Hearing reset for
11/10/14 at 1:30
p.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:12-00172 |
| | ) | JUDGE TRAUGER |
| | ) | |
| DONALD RAY WEAVER | ) | |

**MOTION TO CONTINUE SENTENCING HEARING**

COMES now the defendant, Donald Ray Weaver, through counsel, and respectfully requests that the Court continue the sentencing hearing in this matter currently scheduled for May 22, 2014, at 2:00 p.m.  Counsel advises that there have been no further developments regarding pending legislation.  Counsel has spoken with Mr. Weaver who has requested that undersigned counsel request another continuance until November 2014 for an additional opportunity to determine whether any favorable decision has been made on the pending legislation.

For these reasons it is respectfully requested that the Court continue the sentencing hearing until November 2014 if convenient with the Court's calendar.

Respectfully submitted,


  s/  Ronald C. Small
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Donald Ray Weaver


**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2014, I electronically filed the foregoing *Motion to Continue Sentencing Hearing* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Philip H. Wehby**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

  s/  Ronald C. Small
RONALD C. SMALL