UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | Criminal No. 3:12-cr-00172 |
| | ] | Judge Trauger |
| DONALD RAY WEAVER | ] | |
| | ] | |

**O R D E R**

Presently before the Court is defendant's *pro se* Motion for an Extension of Time (Docket Entry No. 82) in which to file an amended motion for relief pursuant to 28 U.S.C. § 2255.

Defendant's Motion is hereby GRANTED. The defendant shall have ninety (90) days from the date of entry of this order on the docket in which to file an amended motion for § 2255 relief.

Upon its receipt, the Clerk shall file the amended § 2255 motion as an independent civil action rather than as a docket entry in the instant criminal case.

It is so ORDERED.

Aleta A. Trauger
United States District Judge